# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

FILED
AUG 07 2024
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ EMW _____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) No. CR 24-316 SLP |
| CHANG ZHANG, | ) Violations: 21 U.S.C. § 846 |
| | ) 21 U.S.C. § 841(a)(1) |
| Defendant. | ) 18 U.S.C. § 2 |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### (Drug Conspiracy)

From on or about September 7, 2022, through on or about February 29, 2024, in the Western District of Oklahoma,

---------------------------------------- CHANG ZHANG ----------------------------------------

knowingly and intentionally conspired, combined, confederated, and agreed with others, both known and unknown to the Grand Jury, to interdependently manufacture, distribute, and possess with intent to distribute controlled substances, specifically 1,000 kilograms or more of a mixture or substance containing a detectable amount of marihuana, a Schedule I controlled substance, and 1,000 or more marihuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### MANNER AND MEANS OF THE CONSPIRACY

The objects of the conspiracy were accomplished by the following means, among others:

1.     During the period of the conspiracy, **CHANG ZHANG** agreed with an unindicted coconspirator (UCC1) and others to serve as the listed 100 percent owner on applications for Oklahoma Medical Marijuana Authority (OMMA) licenses and Oklahoma Bureau of Narcotics and Dangerous Drugs (OBN) registrations for several marihuana grows, including Divine Forest LLC and Provident Prosperity LLC. **CHANG ZHANG** did this, in part, to conceal the involvement of UCC1 and other unindicted coconspirators in the marihuana grow operations and to facilitate the black-market distribution of marihuana in violation of state and federal law.

2.     For example, **CHANG ZHANG** served as the listed 100 percent owner for Provident Prosperity LLC and Divine Forest LLC, both of which are located at 1900 Lowry Avenue, Oklahoma City, Oklahoma 73129 ("1900 Lowry"), owned by Great Eagle Properties, a company owned by UCC1. **CHANG ZHANG** furthered the conspiracy by presenting herself as the sole owner of the grows in conversations with law enforcement and regulatory authorities. Specifically, on May 11, 2023, **CHANG ZHANG** informed OBN agents, in a voluntary interview, that she was in charge of the Provident Prosperity marihuana grow and she would be in charge of the Divine Forest LLC grow, which had a pending application for an OBN registration. **CHANG ZHANG** informed law enforcement that she had no assistance with the OMMA and OBN application process, when in fact UCC1 and other members of the conspiracy had assisted in obtaining the OMMA license and UCC1's contact information was listed on the application.

3.     **CHANG ZHANG** told investigators that the landlord of 1900 Lowry, known to be UCC1, leased the other buildings at 1900 Lowry to other tenants, despite the fact that

**CHANG ZHANG** had signed several leases between Provident Prosperity and companies owned by UCC1 for all ten buildings and the underlying lot at 1900 Lowry. This statement was made to conceal the fact that members of the conspiracy intended to use **CHANG ZHANG's** licenses, specifically her Provident Prosperity OMMA license and OBN registration as a cover to operate an illegal black-market marihuana grow in all ten buildings at 1900 Lowry.

4. Additionally, **CHANG ZHANG** facilitated the black-market distribution of marihuana, in part, by signing checks prepared by employees of UCC1 related to the daily operations of the 1900 Lowry Grow. The operations at 1900 Lowry Avenue, Oklahoma City, Oklahoma, were illegal black-market operations in violation of state and federal law.

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 2
**(Possession of Marihuana with Intent to Distribute)**

From on or about June 19, 2023, through on or about February 29, 2024, in the Western District of Oklahoma,

-------------------------------------- **CHANG ZHANG** --------------------------------------

knowingly and intentionally possessed with intent to distribute 1,000 or more marihuana plants, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

A TRUE BILL:

*[signature]*

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

*[signature: Elizabeth M. Bagwell]*

ELIZABETH M. BAGWELL
NICK COFFEY
Assistant United States Attorneys