# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

COUA SLP
CR 24-316

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____   Case No.: **CR 24-316**

Charging Document: **Indictment**   No. of Defendants: 1   Total No. of Counts: 2   Sealed: Y ☑

Forfeiture: Y ☐   OCDETF: Y ☑   McGirt: Y ☐   Warrant ☑   Summons ☐   Notice ☐   N ☐
N ☑   N ☐   N ☑   Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: bk

| Name: **CHANG ZHANG** | **AUG 0 7 2024** |
|---|---|

| Alias(es): | Address: |
|---|---|
|  | FBI No.: |

| DOB: XX-XX-1988 | SSN: XXX-XX-1988 | Race: Asian | Interpreter: Y ☑   N ☐ |
|---|---|---|---|
| Sex:   M ☐   F ☑ | Juvenile:   Y ☐   N ☑ | Language/Dialect: Other   Mandarin | |

## DEFENDANT STATUS/RECOMMENDATION:

☑ Not in Custody        ☑ Detention Requested
☐ Type of Bond: _____
☐ In Custody at: _____
   Inmate/Prisoner/Register No.: _____

### PRIOR MAGISTRATE JUDGE PROCEEDINGS:

Complaint:   Y ☐   N ☑

Magistrate Judge Case No.: MJ-

Previously Detained:   Y ☐   N ☑

## ATTORNEY/AGENCY INFORMATION:

☐ Public Defender   Name: _____   AUSA: Elizabeth M. Bagwell
☐ CJA Panel   Address: _____   Agent /Agency: DEA
☐ Retained   Phone: _____   Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(A) – NLT 10 years and NMT Life imprisonment; $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| 2 | 21 U.S.C. § 841(a)(1) 18 U.S.C. § 2 | Possession of Marihuana with Intent to Distribute; Aiding and Abetting | 21 U.S.C. § 841(b)(1)(A) – NLT 10 years and NMT Life imprisonment; $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |

# RECEIVED

AUG 0 7 2024

Clerk, U.S. District Court
WEST.DIST.OF OKLA.

Signature of AUSA: s/Elizabeth M. Bagwell        Date: 08/06/2024

1/22