# CRIMINAL COURTROOM MINUTE SHEET
## GRAND JURY ARRAIGNMENT

**DATE:** Sep 3, 2024  
**CASE:** CR-24-316-SLP

**Start Time:** 3:08 pm  **End Time:** 3:20 pm  
**COURTROOM:** 103

**MAGISTRATE JUDGE SHON T. ERWIN**  
**COURTROOM DEPUTY CARRIE JAMES**

**UNITED STATES OF AMERICA vs.** Chang Zhang

Defendant States true and correct name as: same  **AGE:** ___

**Government Cnsl:** Elizabeth Bagwell  **Defendant Cnsl:** Ed Blau

**U.S. Probation Officer:** Keely Everett  Retained

- [x] Defendant Appears, custody of U.S. Marshal with Counsel  **Interpreter:** ___
- [ ] Defendant advised of his / her right of consular notification, N/A
- [x] Court inquires of Government regarding notification of victim(s) under Justice for All Act.
- [x] Dft informed that he / she is not required to make a statement and that any statement made by him / her may be used against him / her.
- [x] Dft advised of his / her right to an attorney.
- [x] Dft fully advised of the substance of the count(s).
- [x] Dft provided copy of Indictment
- [x] Dft waives reading of the Indictment by the Court.
- [x] Dft enters plea of Not Guilty

- [x] Case set on jury docket beginning the week of Tuesday, October 8th, 2024 at 9:30 before Judge Scott Palk

- [x] Government recommends defendant be released on $50,000 unsecured bond and conditions
- [ ] Government recommends defendant be detained based on ___
- [ ] Government ___
    - [ ] Upon motion of the Government and request for continuance by ___
    - [ ] Detention Hearing is set for ___
- [ ] Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.
- [ ] Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

## The Court Orders:

- [x] **FRCrP5(f) REMINDER:** As required by Rule 5(f), the Court reminds the United States of it disclosure obligation under *Brady v. Maryland,* 373 U.S. 83 (1963), and its progeny. Possible consequences for a violation of this obligation may include, but are not limited to, exclusion of evidence at trial, a finding of contempt, granting a continuance, or dismissal of the charges with prejudice
- [ ] Defendant temporarily detained pending Detention hearing. Written Order entered. Defendant remanded to custody of U.S. Marshal.
- [ ] Defendant detained per Detention Order previously entered. Defendant remanded to custody of U.S. Marshal.
- [ ] Defendant released on previously posted bond with conditions per Release Order.
- [x] Unsecured Bond set at $50,000  with conditions per Release Order.
- [ ] Secured Bond set at ___ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.
- [x] Defendant remanded to the custody of U.S. Marshal pending execution of bond.
- [ ] Defendant remanded to the custody of U.S. Marshal.

*SR-03-2020*