

| United States Attorney's Office<br>**Western District of Oklahoma**<br>*MEMORANDUM* | |
|---|---|
| **Subject:**<br>COMPANION CASE RULE IN CRIMINAL CASES | **Date:**<br>September 16, 2024 |
| **To:**<br>JOAN KANE<br>Court Clerk | **From:**<br>ELIZABETH M. BAGWELL<br>Assistant United States Attorney |

The following cases which are the subject of Indictments are related cases and should be assigned to the same judge:

(1)   PREVIOUS INDICTMENT

No. CR-24-146-R, *U.S. v. Chong Iu Phu et al*. (Indictment returned on 04/02/2024); and

(2)   NEW INDICTMENT

No. CR-24-316-SLP, *U.S. v. Chang Zhang* (Indictment returned on 08/27/2024)

These cases are related cases pursuant to LCrR7.1 because:

☒ They arise out of the same transaction or series of transactions;

☒ They involve the same defendant(s);

☒ For other reasons, it would entail substantial duplication of labor if heard by different judges because:

DETAILS:   The case charging Chang Zhang (No. CR 24-316-SLP) (the "Zhang Case") arises from one of the two drug trafficking conspiracies charged in *U.S. v. Chong Iu Phu, et al.*, CR-24-146-R (the "Phu Case"). In Count 2 of the Phu Case, Chong "Alex" Phu and Chanh "Shawn" Phu are charged for their roles in a drug conspiracy that involved, in part, listing straw-owners on marijuana

licenses for illegal grows owned by ghost-owners. Additionally, Chong Phu is charged in Count 8 with maintaining a drug-involved premises related to the grow at 1900 Lowry Avenue, Oklahoma City, Oklahoma. The Zhang Case centers on that grow at 1900 Lowry Ave., as Chang Zhang is charged for her role there, including for serving as the straw-owner for several of the licenses at that location.

In short, the evidence in the Zhang Case substantially overlaps with the evidence that will be presented at trial in the Phu Case regarding Chong Phu's maintaining 1900 Lowry as a drug-involved premises. Given this, assigning these cases to the same judge will help conserve judicial resources.