UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA
200 NW 4ᵀᴴ STREET, OKLAHOMA CITY, OK 73102
COURTROOM 302

**CRIMINAL JURY DOCKET BEFORE JUDGE DAVID L. RUSSELL**

**TUESDAY, MARCH 11, 2025 AT 9:00 A.M.**

**PHOTO ID IS REQUIRED FOR <u>ANYONE</u> ENTERING THE FEDERAL COURTHOUSE.**

Notice to all counsel: any motions to continue and/or plea changes **must** be filed and/or presented to the Court **no later than Tuesday, February 25ᵗʰ, 2025.**

| | | |
|---|---|---|
| CR-24-316-R | United States of America | Elizabeth M. Bagwell |
| | -v- | |
| | Chang Zhang | Edward M. Blau<br>Daniel Page |
| CR-24-353-R | United States of America | Daniel Gridley |
| | -v- | |
| | Dayna Lynette Walls | Craig M. Hoehns |
| CR-24-446-R | United States of America | Matthew P. Anderson |
| | -v- | |
| | Mario Humberto Rangel Jr. | Cody E. Gilbert |
| CR-24-450-R | United States of America | Bow Bottomly |
| | -v- | |
| | Antwon Montrell Jackson (1)<br>Sarah Larayna Holland (2) | Andrew M. Casey<br>Traci M. Rhone |

| | | |
|---|---|---|
| CR-24-470-R | United States of America | Drew E. Davis |
| | -v- | |
| | Caleb Rupert Graves | Craig M. Hoehns<br>Michael W. Noland |
| CR-25-05-R | United States of America | Travis Leverett |
| | -v- | |
| | Michael John Nino (1)<br>Sabrina Leigh Rivera (2) | Robert S. Jackson<br>M. Mark Myles |
| CR-25-06-R | United States of America | Bow Bottomly |
| | -v- | |
| | Andres Calderon-Mendoza | Myong O. Chung |
| CR-25-16-R | United States of America | Jordan Ganz |
| | -v- | |
| | Alejandro Santander-Trejo | Henry A. Meyer III |
| CR-25-24-R | United States of America | Jordan Ganz |
| | -v- | |
| | Jason Fuentes | Cesar Armenta<br>Judith S. Gallegos |