UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR-24-316-R |
| ) | |
| CHANG ZHANG, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Before the Court is Defendant's Unopposed Motion to Combine Plea with Sentencing Hearing [Doc. No. 33] brought pursuant to LCrR 11.1.1. For the reasons stated in the Motion, the Court finds that the Unopposed Motion should be GRANTED.

The Speedy Trial Act gives the Court the discretion to "accommodate limited delays for case-specific needs." United States v. Zedner, 547 U.S. 489, 499 (2006). The circumstances of this case, as set forth in the Motion, justify an ends of justice determination that a continuance of the trial and further proceedings "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A); see also United States v. Toombs, 574 F.3d 1262, 1273 (10th Cir. 2009). The Court further finds that any delay caused by the granting of Motion is excludable under the Speedy Trial Act. *See id.*[1]

---

[1] Additionally, or in that alternative, the Court finds the period of delay excludable pursuant to 18 U.S.C. § 3161(h)(1)(D). See United States v. Loughrin, 710 F.3d 1111, 1120 (10th Cir. 2013) (recognizing that pursuant to § 3161(h)(1)(D) of the Speedy Trial Act "the days between a notice of a change of plea and the change of plea hearing are excludable").

Accordingly, Defendant's plea and sentencing shall be combined. The Court directs the United States Probation Office to conduct a presentence investigation and to prepare a Presentence Investigation Report (Report) concerning the offense and this offender. Defendant is ordered to assist in the preparation of the Report and Defendant or defense counsel shall contact the United States Probation Office upon receipt of this Order to facilitate the preparation of the Report. The trial and further proceedings in this matter are continued pending receipt of the Report by the Court and the scheduling of a combined plea and sentencing hearing.

IT IS SO ORDERED this 28th day of May 2025.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE