# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ☑  USAO No.: _____  Case No.: CR-24-316-R

Charging Document: **SS Information**   No. of Defendants: 1   Total No. of Counts: 1   Sealed: Y ☐

Forfeiture: Y ☐ N ☑   OCDETF: Y ☑ N ☐   McGirt: Y ☐ N ☑   Warrant ☐   Summons ☐   Notice ☑   N ☑

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: DR

| | |
|---|---|
| Name: **CHANG ZHANG** | |
| Alias(es): | Address: |
| | FBI No.: |
| DOB: XX-XX-1988   SSN: XXX-XX-1988 | Race: Asian   Interpreter: Y ☐ N ☑ |
| Sex: M ☐ F ☑   Juvenile: Y ☐ N ☑ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☑ Not in Custody   ☐ Detention Requested   Complaint: Y ☐ N ☑
☑ Type of Bond: Surety
☐ In Custody at: _____   Magistrate Judge Case No.: MJ-
Inmate/Prisoner/Register No.: _____   Previously Detained: Y ☐ N ☑

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: Ed Blau   AUSA: Elizabeth M. Bagwell
☐ CJA Panel   Address: _____   Agent/Agency: DEA
☑ Retained   Phone: _____   Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(C) – NMT 20 years imprisonment; $1,000,000 fine; or both; NLT 3 years S/R; $100 S/A |
| Forfeiture Allegations | 21 U.S.C. § 853 | Criminal Forfeiture | Forfeiture of Property or Items |

Signature of AUSA: s/Elizabeth M. Bagwell   Date: 07/23/2025